UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAPP, LLC** | **CIVIL ACTION NO:** |
| **VERSUS** | **JUDGE:** |
| **FLOOR AND DÉCOR OUTLETS OF AMERICA, INC.** | **MAGISTRATE:** |

## COMPLAINT

Plaintiff, MAPP, LLC, files this Original Complaint against Defendant, Floor and Décor Outlets of America, Inc. and would respectfully show as follows:

### I. JURISDICTION AND VENUE

1. **MAPP, LLC** ("MAPP") is a Louisiana limited liability company with a domicile address of 344 Third St., Baton Rouge, Louisiana 70801. For diversity purposes, MAPP's sole member is Mike Polito, who is a citizen and resident of Louisiana. Therefore, MAPP is a citizen of Louisiana for diversity purposes.

2. Defendant **Floor and Décor Outlets of America, Inc.** ("F&D"), is a Delaware corporation with its principal place of business and "nerve center" in Atlanta, Georgia. Therefore, F&D is a citizen of Delaware and Georgia for diversity purposes. F&D may be served through its registered agent, CT Corporation System, at its registered office in Louisiana, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

3. MAPP seeks damages in excess of $75,000, exclusive of interest and costs. Diversity jurisdiction therefore exists pursuant to 28 U.S.C. § 1332.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because Plaintiff resides in this district.

## II.     FACTUAL BACKGROUND

5.     In this action, MAPP seeks recognition and enforcement of rights granted under Louisiana's *Private Works Act* (La. R.S. 9:4801 *et seq,* "LPWA").  Specifically, MAPP seeks enforcement of its privilege on immovable property located in Jefferson Parish ("the Property"), whereon MAPP performed services as a contractor.

6.     **MAPP** (as "Contractor") and **F&D** (as "Owner") entered into a written construction contract styled *Master Agreement Between Owner and Contractor* dated 6/9/2022 ("Contract"). Therein, MAPP agreed to construct a Floor & Décor retail store at 3609 Veterans Blvd, Metairie, Louisiana (the "Project") on the Property for F&D, and F&D agreed to pay MAPP $9,275,997 for its work and services.

7.     In accordance with La. R.S. 9:4811, a written *Notice of Contract* was timely and properly filed and recorded into the official mortgage records of Jefferson Parish, State of Louisiana, on June 21, 2022, as Inst. 12231788, Mortgage Book 4991 Page 24.  A true copy of the recorded *Notice of Contract* is annexed hereto as **Exhibit 1** and is incorporated herein by reference.

8.     At all times, F&D represented to MAPP that it (F&D) was the owner of the Property whereon the Project was to be constructed.

9.     MAPP planned to perform and complete the Contract work in accordance with the Master Project Schedule ("the Schedule"), which formed part of the Contract.  In accordance with the Schedule, MAPP was to start work on June 17, 2022 and achieve substantial completion on January 27, 2023.

10.    Due to F&D's failure to timely obtain the necessary demolition permit, MAPP was not able to start until June 28, 2022, which is more than ten (10) days later than the June 17, 2022 start date in the Schedule.  MAPP thereafter provided supervision, labor, materials, equipment and

other services in accordance with the Contract for the Project. The services provided by MAPP included (but were not limited to): demolition; piles and pile driving; foundation pile caps and grade beams; erection of precast concrete; structural steel and bar joist erection; utility tie-ins; storm water drainage piping and structure installation; installation of underground domestic and fire water piping; primary electrical and tel-com conduits; temporary water and electrical services (generator and fuel); installation of sand fill at building pad; relocation of main gas utility lines; temporary construction entrances; spoil removal; and receive, document and storage of Owner-furnished materials.

11.  To the extent that it was able to do so, MAPP performed in accordance with the terms of the Contract. However, during the course of MAPP's performance, F&D expanded MAPP's work scope, impeded MAPP's progress, and prevented MAPP from performing and completing the work in accordance with the Schedule. MAPP's compliance with the Schedule and completion of the Contract work was delayed for reasons beyond MAPP's control and/or for reasons attributable to F&D, including (but not limited to):

- Delayed issuance of demolition permit;

- Delayed commencement and extended duration of test pile program;

- Addition of "predrilling" to the pile driving work scope, due to the unexpected density of the soil;

- Additional spoil removal associated with predrilling activities;

- *"Bulletin #1 Site Changes",* which were changes to the site plan required by Jefferson Parish during the permit review process, which added tasks that were not within the original Contract scope, and included *inter alia* demolition and removal of existing site paving and installation of additional utilities, aggregate base, new concrete paving, irrigation, landscaping, silt fencing, and traffic control measures.

12.  If F&D had granted MAPP appropriate time extensions for impacts caused by or attributable to F&D, MAPP would have achieved substantial completion within the Contract time.

3

13. F&D terminated the Contract pursuant to a letter dated November 22, 2022. On the date of termination, MAPP was not in default of its Contract obligations.

14. MAPP avers that the termination must be deemed as a *termination for the Owner's [F&D's] convenience*, such that MAPP is entitled to immediate payment for all work performed through termination, including overhead and profit.

15. With regard to MAPP's performance of the Contract work and improvement of the Property (including F&D's interests therein), prior to and/or as a result of the termination of the Contract:

   A. MAPP expended the sum of **$1,142,472.79**;

   B. MAPP incurred debts to subcontractors, suppliers and others in the amount of **$2,698,025.93**;

   C. MAPP earned and is owed **$211,227.43** for overhead and profit;

   D. MAPP's total entitlement is therefore **$4,051,726.15**;

   E. F&D has paid MAPP only **$934,187.52**;

   F. The unpaid price of the work owed by F&D to MAPP is **$3,117,538.63**, exclusive of interest and costs.

16. Despite amicable demand, F&D has failed and refused to pay MAPP in full for the price of its work.

17. After termination of the Contract, MAPP learned that "Toys Properties, LLC" is the record owner of the Property upon which MAPP performed the above-described services, and that Toys Properties, LLC leased the Property to F&D pursuant to a *Ground Lease Agreement* which is memorialized in a *Memorandum of Lease* (annexed hereto as **Exhibit 2**) that was recorded in the official records of Jefferson Parish as Inst. 12230807 Conveyance Book 3471 Page 978 ("the Lease").

18. To secure and preserve the privilege granted to MAPP by the LPWA:

    - On January 6, 2023, MAPP recorded a *Statement of Claim and Privilege* in the official records of Jefferson Parish as **Inst. 12301103 Mortgage Book 5014 Page 396,** a true copy of which is annexed hereto as **Exhibit 3**, and incorporated herein by reference; and

    - On January 12, 2023, MAPP recorded a *Revised and Amended Statement of Claim and Privilege* in the official records of Jefferson Parish as **Inst. 12301832 Mortgage Book 5014 Page 945,** a true copy of which is annexed hereto as **Exhibit 4**, and incorporated herein by reference.

18. Attached to both **Exhibit 3** and **Exhibit 4** is a document titled "**Exhibit A**", which contains a description of the parcels of land ("the Property") whereon MAPP's work was performed pursuant to the Contract. MAPP avers that F&D is the lessee (tenant) of said immovable property and/or has an interest and privilege in the improvements constructed thereon.

19. As lessee (tenant) under the Lease, F&D is deemed and defined as an "Owner" of immovable property under the LPWA, which includes (but is not necessarily limited to):

    - F&D's leasehold interest and/or other rights under the Lease which affects the Property; and

    - F&D's interest in some or all of the improvements to the Property constructed by MAPP pursuant to the Contract and/or other contract(s).

The LPWA grants MAPP a privilege in and upon F&D's immovable property and the improvements made thereto as described above, to the full extent of the debt claimed herein.

### III.  RELIEF SOUGHT

**WHEREFORE,** Plaintiff, MAPP, LLC, demands Judgment in its favor, and against Defendant, Floor and Décor Outlets of America, Inc.:

1. Recognizing Plaintiff's privilege on Defendant's immovable property, as granted by La. R.S. 9:4801, *et seq*, for the unpaid price and value of its work in the amount of **$3,117,538.63** (plus interest and fees), including MAPP's privilege on the entirety of

Defendant's interest(s) in the immovable property described in "Exhibit A" of **Exhibit 3** and **Exhibit 4** annexed hereto, including (but not limited to) Defendant's leasehold interest pursuant to the *Memorandum of Lease* that was recorded in the official records of Jefferson Parish as Inst. 12230807 Conveyance Book 3471 Page 978; and F&D's interest in any and all improvements to the Property related to the Contract; and

2. Enforcing Plaintiff's privilege by seizure and judicial sale of said immovable property(ies) as described above and ordering that the proceeds of such sale(s) be disbursed to Plaintiff to the full extent of the unpaid price of its work; and

3. That Defendant be cast for all costs of this proceeding, along with legal interest from due date until paid; and

4. For all other relief that may be available and appropriate under the pleadings, evidence and/or applicable law.

Respectfully submitted:

**KRACHT MADISON HUDDLESTON LLP**
5149 Bluebonnet Boulevard
Baton Rouge, LA 70809-3076
(225) 293-4568 - *Office*
(225) 293-4569 – *Facsimile*
eakracht@kmhbr.com
jmmadison@kmhbr.com
jbhuddleston@kmhbr.com
gjasay@kmhbr.com

*/s/John M. Madison III*
John M. Madison III, La. 26394, T.A.
Eric A. Kracht, La. 07912
Jacob B. Huddleston, La. 35832
Gerald J. Asay, La. 31604
*Attorneys for MAPP, LLC*